UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SACR17-00153-CJC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to Commit Visa Fraud; 18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1956(a)(2)(A): International Promotional Money Laundering; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| VICTORIA CHAN, | |
| Defendant. | |

The Acting United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.    The U.S. immigration "EB-5" visa program provided lawful U.S. permanent residence (a "green card") to foreigners, in exchange for requiring investment of $1,000,000 in a U.S. business (or $500,000 if the investment was in an economically-distressed area) that must also create 10 full-time American jobs.

2.    The EB-5 visa program's rules required that the $500,000 or $1,000,000 investment be used in the U.S. business; any amount not so used did not count towards meeting the EB-5 program's $500,000 or

1  $1,000,000 investment requirement.  The EB-5 visa program's rules
2  also required that the entire $500,000 or $1,000,000 investment be
3  "at risk," which thus proscribed guaranteeing a refund of any part of
4  the investment.

5      3.   The United States Citizenship and Immigration Services
6  ("USCIS") office responsible for adjudicating EB-5 applications was
7  located in Laguna Niguel, California, which is located in Orange
8  County, within the Central District of California.

9      4.   Defendant VICTORIA CHAN ("CHAN") was an attorney licensed
10 to practice law in the State of California.

11     5.   From 2008 through 2017, defendant CHAN, her relative Co-
12 Conspirator No. 1, a foreign national, and Co-Conspirator No. 2, a
13 Chinese national, worked together to convince more than 100 foreign
14 Chinese nationals to invest millions of dollars in their fraudulent
15 EB-5 scheme.   In that fraudulent scheme, more than 100 EB-5
16 applications with false information were filed with USCIS, including
17 for criminal fugitives from China.

18     6.   Defendant CHAN, Co-Conspirator No. 1, and Co-Conspirator
19 No. 2 used various entities in their fraudulent EB-5 scheme,
20 including California Investment Immigration Fund, LLC ("CIIF") and
21 CIIF's related entities, such as CIIF Investment Group LP, California
22 Investment Immigration Fund LLC, CIIF Hotel Group LP, and Harris
23 Investment Immigration Fund LLC.

24     7.   These Introductory Allegations are incorporated by
25 reference and re-alleged into each and every count of this
26 Information as though fully alleged therein.

27
28

COUNT ONE

[18 U.S.C. § 371]

A.    THE OBJECT OF THE CONSPIRACY

8.    Beginning in or about 2008, and continuing through in or about April 2017, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant CHAN, together with others known and unknown to the Acting United States Attorney, conspired and agreed with each other to knowingly and intentionally commit an offense against the United States, namely, visa fraud, in violation of Title 18, United States Code, Section 1546(a).

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
      ACCOMPLISHED

9.    The object of the conspiracy was to be accomplished, in substance, as follows:

a.    Co-Conspirator No. 1 would promote the fraudulent EB-5 scheme to prospective customers in the People's Republic of China ("PRC").

b.    Defendant CHAN would submit EB-5 petitions with false information to USCIS's office located in Laguna Niguel, Orange County, California.

c.    Defendant CHAN would sign the EB-5 petitions with false information that she submitted to USCIS, including falsely representing that the EB-5 funds had been invested in construction projects, falsely representing that construction had taken place at the project locations, falsely representing that 10 full-time American jobs had been created, and failing to disclose that defendant CHAN had refunded some EB-5 petitioners' investments while

1   their EB-5 petitions were pending, all in direct violation of the EB-
2   5 visa program's rules.

3           d.   Defendant CHAN would submit EB-5 petitions to USCIS on
4   behalf of some of her customers who ultimately were fugitives on the
5   PRC's 100 most wanted list, charged with crimes such as bribery.

6           e.   Defendant CHAN would list her residence or business
7   address as the EB-5 petitioner's address on the EB-5 petitions, which
8   included using an address in Garden Grove, California.

9           f.   Co-Conspirator No. 1 would provide a written refund
10  guarantee to some of defendant CHAN's EB-5 customers.

11          g.   In direct violation of the EB-5 program's rules, Co-
12  Conspirator No. 1 would provide full or partial refunds of the EB-5
13  investments to many EB-5 customers.

14          h.   Contrary to the representations in the EB-5 petitions
15  submitted to USCIS, defendant CHAN failed to cause any meaningful
16  construction at any of the purported EB-5 project locations.

17          i.   From in or about 2008 to in or about April 2017,
18  defendant CHAN would submit approximately 130 EB-5 petitions with
19  false information to USCIS.

20  C.   OVERT ACTS

21      10.   In furtherance of the conspiracy and to accomplish its
22  object, on or about the following dates, defendant CHAN and others
23  known and unknown to the Acting United States Attorney, committed
24  various overt acts in Orange and Los Angeles Counties, within the
25  Central District of California, and elsewhere, including, but not
26  limited to, the following:

27      Overt Act No. 1: On or about May 27, 2009, an unknown co-
28  conspirator wire-transferred approximately $200,000 from a bank

4

1  account in the name of CIIF ending in 8183 to Co-conspirator No. 2.

2      Overt Act No. 2: On or about June 4, 2009, an unknown co-

3  conspirator wire-transferred approximately $500,000 from a bank

4  account in the name of CIIF ending in 8183 to a bank account in Hong

5  Kong for one of the Chinese fugitives, alien K.L.

6      Overt Act No. 3: On or about May 9, 2010, from a location in

7  Orange County, California, defendant CHAN mailed an EB-5 petition for

8  alien H.X. that listed an address in Garden Grove, California, for

9  that EB-5 petitioner.  That EB-5 petition also listed a Garden Grove

10  address for CIIF Investment Group LP.

11      Overt Act No. 4: On or about November 19, 2010, from a location

12  in Orange County, California, defendant CHAN mailed an EB-5 petition

13  for alien B.Y. that listed an address in Garden Grove, California,

14  for that EB-5 petitioner.  That EB-5 petition also listed a Garden

15  Grove address for CIIF Investment Group LP.

16      Overt Act No. 5: On or about August 3, 2011, defendant CHAN

17  mailed documents related to alien B.Y.'s EB-5 petition to USCIS's

18  office located in Laguna Niguel, California.

19      Overt Act No. 6: On or about November 7, 2013, defendant CHAN

20  mailed an EB-5 petition on behalf of alien H.X. with false statements

21  to USCIS's office located in Laguna Niguel, California.

22      Overt Act No. 7: On or about January 3, 2014, defendant CHAN

23  wire-transferred approximately $300,000 to a foreign bank account as

24  a refund to EB-5 petitioner J.L.

25      Overt Act No. 8: On or about January 28, 2014, defendant CHAN

26  mailed an EB-5 petition on behalf of alien B.Y. with false statements

27  to USCIS's office located in Laguna Niguel, California.

28

1    Overt Act No. 9: On or about December 18, 2015, at the direction

2    of Co-Conspirator No. 1, defendant CHAN wire-transferred

3    approximately $300,000 to a bank account at the Bank of

4    Communications in Hong Kong as a refund to EB-5 petitioner G.Z.

5    Overt Act Nos. 10a – 10h: On or about the following dates,

6    defendant CHAN and Co-Conspirator Nos. 1 and 2 opened the following

7    bank accounts that listed a mailing address on Chapman Avenue in

8    Orange County, California:

| OVERT ACT | DATE | NAME ON ACCOUNT | LAST 4 DIGITS | BANK |
|---|---|---|---|---|
| a | 07/08/2008 | Defendant CHAN | 2238 | East West Bank |
| b | 06/15/2009 | CIIF Investment Group LP | 8506 | East West Bank |
| c | 07/13/2010 | Defendant CHAN | 3713 | JPMorgan Chase |
| d | 12/23/2010 | Defendant CHAN | 5398 | Bank of America |
| e | 12/26/2010 | Harris Investment Immigration Fund LLC | 0776 | East West Bank |
| f | 04/22/2011 | Defendant CHAN | 9238 | Bank of America |
| g | 05/13/2011 | California Investment Immigration Fund, LLC | 1030 | East West Bank |
| h | 05/13/2011 | CIIF Hotel Group LP | 1048 | East West Bank |

COUNT TWO

[18 U.S.C. § 1349]

A.    THE OBJECT OF THE CONSPIRACY

11.    Beginning in or about 2008, and continuing through in or about April 2017, in Orange, Los Angeles, and San Bernardino Counties, within the Central District of California, and elsewhere, defendant CHAN and others known and unknown to the Acting United States Attorney, knowingly combined, conspired, and agreed to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

B.    THE MANNER AND MEANS OF THE CONSPIRACY

12.    The object of the conspiracy was to be accomplished, in substance, as follows:

a.    Defendant CHAN would submit EB-5 petitions to USCIS that represented that the EB-5 investors' funds were being, or had been, invested in U.S. businesses.

b.    In order to obtain the funds from the EB-5 investors, defendant CHAN, Co-Conspirator No. 1, and Co-Conspirator No. 2 would conceal from the EB-5 investors that defendant CHAN, Co-Conspirator No. 1, and Co-Conspirator No. 2 intended to use, had used, and continued to use, some of the funds originating from EB-5 investors for defendant CHAN's and others' personal expenditures, instead of for EB-5 purposes, which violated the EB-5 visa program's rules.

c.    Defendant CHAN, Co-Conspirator No. 1, and Co-Conspirator No. 2 would use funds originating from EB-5 investors to make personal expenditures, including purchasing homes in defendant CHAN's name.

        d.    Defendant CHAN would make wire transfers for such
purchases, including interstate wire transfers.

C.    OVERT ACTS

    13.    In furtherance of the conspiracy and to accomplish its
object, on or about the following dates, defendant CHAN and others
known and unknown to the Acting United States Attorney, committed
various overt acts in Orange and Los Angeles Counties, within the
Central District of California, and elsewhere, including, but not
limited to, the following:

    Overt Act No. 1: On or about July 8, 2008, defendant CHAN opened
a bank account in defendant CHAN's name, ending in 2238, listing a
mailing address on Chapman Avenue in Garden Grove, California.

    Overt Act No. 2: On or about May 13, 2011, an unknown co-
conspirator opened a bank account ending in 1048 in the name of CIIF
Hotel Group LP, with Co-Conspirator No. 1 and Co-Conspirator No. 2 as
signatories, listing a mailing address on Chapman Avenue in Garden
Grove, California.

    Overt Act No. 3: On or about August 18, 2011, an unknown co-
conspirator transferred approximately $630,000 of funds originating
from EB-5 investors from CIIF Hotel Group LP's bank account ending in
1048 through another CIIF account into defendant CHAN's account
ending in 2238.

    Overt Act No. 4: On or about August 23, 2011, defendant CHAN
wrote a check from the bank account ending in 2238 for approximately
$434,690, which was used to purchase a residential property in
Diamond Bar, California, in defendant CHAN's name for approximately
$994,000.  That check, number 280, listed defendant CHAN's name and
the address on Chapman Avenue, Garden Grove, California.

1       <u>Overt Act No. 5</u>: On or about March 28, 2014, defendant CHAN

2   wire-transferred approximately $146,674 in funds originating from EB-

3   5 investors from an account in her name ending in 6198 to an escrow

4   company's bank account to purchase a property in Rancho Cucamonga,

5   California, in her name for a sales price of approximately $920,000.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[18 U.S.C. §§ 1956(a)(2)(A), 2]

14.   On or about January 3, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHAN knowingly transported, transmitted, and transferred, and knowingly aided, abetted, counseled, commanded, induced, and procured another person to transport, transmit, and transfer, approximately $300,000 in funds to a place outside the United States, namely, Hong Kong, from and through a place inside the United States with the intent to promote the carrying on of specified unlawful activity, specifically, visa fraud, in violation of Title 18, United States Code, Section 1546(a).


                              SANDRA R. BROWN
                              Acting United States Attorney


                              LAWRENCE S. MIDDLETON
                              Assistant United States Attorney
                              Chief, Criminal Division

                              DENNISE D. WILLETT
                              Assistant United States Attorney
                              Chief, Santa Ana Branch Office

                              CHARLES E. PELL
                              Assistant United States Attorney
                              Santa Ana Branch Office