# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: SACR17-00153-CJC
Defendant Number: 1
U.S.A. v. VICTORIA CHAN
Year of Birth: 1982
- [ ] Indictment
- [x] Information
Investigative agency (FBI, DEA, etc.): FBI and HSI

FILED 2017 NOV -3 PM 3:58

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [x] Felony

b. Date of Offense: 2008 TO 2017

c. County in which first offense occurred: ORANGE and LOS ANGELES

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [x] Los Angeles
- [ ] Ventura
- [x] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [x] San Bernardino
- [ ] Other

Citation of Offense: 18 U.S.C. §§ 371, 1349, and 1956(a)(2)(A)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [x] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [x] No
- [ ] Yes

IF YES Case Number: 

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: N/A
Case Number: 
Charging: 

The complaint:
- [ ] is still pending
- [ ] was dismissed on:

**PREVIOUS COUNSEL**

Was defendant previously represented?
- [ ] No
- [x] Yes

IF YES, provide Name: DIANE C. BASS, ESQ.
Phone Number: 949-494-7011

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [x] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?
- [ ] Yes
- [ ] No

This is the N/A superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: 

Case Number: 
The superseded case:
- [ ] is still pending before Judge/Magistrate Judge
N/A
- [ ] was previously dismissed on 

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect:
N/A

**OTHER**

☐ Male   ☑ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☑ government fraud                 ☐ tax offenses
☐ environmental issues             ☑ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☑ Other   International Promotional Money Laundering

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint:   N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☑ No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution:   N/A
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   11/03/2017

Signature of Assistant U.S. Attorney
CHARLES E. PELL
Print Name